IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01802-MSK-OES

KEVIN TEPPO and
SHERRY TEPPO,

Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  December 15, 2005

     Plaintiffs' Unopposed Motion for Leave to Appear at the Scheduling/Planning Conference by Telephone [filed December 13, 2005, Document 6] is GRANTED. Counsel are directed to call in to chambers at (303) 844-4507 at the time of the scheduled conference.