IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01802-MSK-PAC

KEVIN TEPPO, and
SHERRY TEPPO,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Unopposed Motion to Vacate Settlement Conference (*doc. no. 29)* is **GRANTED**. The settlement conference set for November 8, 2006, is **VACATED**.

**DATED:**  November 7, 2006